# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142503

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BEKEIBA HOLLAND,
        Defendant-Appellant.

_____/

SC: 142503
COA: 299947
Wayne CC: 91-006315-01

On order of the Court, the application for leave to appeal the October 12, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

y0829